UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 07-332 (HHK)** |
| : | |
| **RUSSELL JAMES CASO, JR.** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Howard R. Sklamberg. The Government also informs the Court that the Trial Attorneys Jennifer Shasky Calvery, Organized Crime and Racketeering Section, Criminal Division, U.S. Department of Justice, 1301 New York Ave., N.W., 7th Floor, Washington, D.C. 20005, Jennifer.Shasky@usdoj.gov, telephone number (202) 305-3891, Gregory C.J. Lisa, Organized Crime and Racketeering Section, Criminal Division, U.S. Department of Justice, 1301 New York Ave., N.W., 7th Floor, Washington, D.C. 20005, Gregory.Lisa@usdoj.gov, telephone number (202) 616-4340 and Armando O. Bonilla, Public Integrity Section, Criminal Division, U.S. Department of Justice, 1400 New York Ave, N.W., 12th Floor, Washington, D.C. 20005, Armando.Bonilla@usdoj.gov, telephone number (202) 616-2983 are entering appearance as co-counsels in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
HOWARD R. SKLAMBERG, D.C. BAR # 453852
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Rm. 5836
Washington, D.C. 20530
(202) 514-7296
Howard. Sklamberg@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of December 2007, a copy of the Notice of Assignment and Appearance was served via ECF on counsel for the defendant:

Kelly B. Kramer
NIXON PEABODY LLP
Business Litigation
401 Ninth Street, NW
Suite 900
Washington, DC 20004
(202) 626-3900
Fax: (202) 626-3961
Email: kkramer@nixonpeabody.com

 

HOWARD R. SKLAMBERG
Assistant United States Attorney