NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                     Criminal Number   07-332 (HHK)

**Russell James Caso, Jr.**
      (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Kelly B. Kramer, D.C. Bar No. 462049
      _(Attorney & Bar ID Number)_

Nixon Peabody LLP
      _(Firm Name)_

401 9th Street NW; Suite 900
      _(Street Address)_

Washington     DC     20004
_(City)_         _(State)_    _(Zip)_

202-585-8255
_(Telephone Number)_