U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**

**DEC 0 7 2007**

UNITED STATES OF AMERICA

v.

Russell James Caso, Jr.

Case No. 07-332 (HHK)

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___7th___ day of ___December, 2007___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___no later than 12/31/07___ by ___SA Julie Shields or SA Robert Schwinger___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80

COURT