## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 07-332 (HHK)** |
| | : | |
| | : | **FILED** |
| **v.** | : | |
| | : | **DEC 07 2007** |
| | : | |
| **RUSSELL JAMES CASO, JR.** | : | **NANCY MAYER WHITTINGTON, CLERK**<br>**U.S. DISTRICT COURT** |

### GOVERNMENT'S PROPOSED ELEMENTS OF THE OFFENSE

The United States of America, by and through undersigned counsel, respectfully submits the following Proposed Elements of the Offense.

The defendant will be pleading guilty to one count of Conspiracy. This pleading lists the elements not only of this offense, but also the offense that is the object of the conspiracy charge.

### The Offense: Conspiracy

1.      The conspiracy, agreement, or understanding to [commit the charged offense], as described in the information, was formed, reached, or entered into by two or more persons;

2.      At some time during the existence or life of the conspiracy, agreement, or understanding, the defendant knew the purpose(s) of the agreement or understanding, and, with that knowledge, then deliberately joined the conspiracy, agreement, or understanding; and

3.      At some time during the existence or life of the conspiracy, agreement, or understanding, one of its alleged members knowingly performed one of the overt acts charged in the information and did so in order to further or advance the purpose of the agreement.[1]

-------

[1]Adapted from O'Malley et al., *Federal Jury Practice and Instructions*, (5th ed. 2000), at § 31.03. *See also* Redbook Instruction 4.93 (which applies to both federal and District of Columbia conspiracy charges)

**Object of the Conspiracy: Honest Services Wire Fraud**

1.      The defendant knowingly participated in a scheme to fraudulently deprive another of the

intangible right of honest services, that is, to fail to disclose a conflict of interest that

resulted in personal gain.[2]

2.      The non-disclosure was material;

3.      In advancing or furthering or carrying out this scheme, the defendant caused the interstate

wires to be used.[3]

Counsel for the defendant concurs in these proposed elements of the offense.


Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorneys
555 Fourth Street, N.W., Room 5836
Washington, DC 20001

---

[2] *United States v. Safavian*, 435 F. Supp. 2d 36, 47 (D.D.C. 2006) (citing *United States v. Woodward*, 149 F.3d 46, 54, 57 (1st Cir.1998) and *United States v. Lopez-Lukis*, 102 F.3d 1164, 1169 (11th Cir.1997)).  When "the government seeks to prove a defendant's intent to deprive the public of an official's honest services by showing that she failed to disclose a conflict of interest, the evidence regarding that failure to disclose automatically satisfies the 'intent to deceive' prong" of wire fraud.  *United States v. Sawyer*, 239 F.3d 31, 41, n.10  (1st Cir. 2001).

[3] Adapted from O'Malley et al., *Federal Jury Practice and Instructions*, (5th ed. 2000), at § 47.03.

## Certificate of Service

I hereby certify that, on December 4, 2007, I caused this memorandum to be served upon Kelly B. Kramer, Esq,. by electronic mail.

HOWARD R. SKLAMBERG
Assistant United States Attorney