CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA  )
                          )
                          )
            vs.           )   Criminal No. 07-332
                          )
Russell Caso              )
                          )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge