AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**
DEC 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Russell Caso

WAIVER OF INDICTMENT

CASE NUMBER: 07CR332

I, Russell Caso, the above named defendant, who is accused of Conspiracy (in violation of 18 U.S.C sec 371)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 7, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer