**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-332 (HHK) |
| | ) | |
| RUSSEL J. CASO, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

On December 11, 2007, the Court accepted Russell J. Caso's plea of guilty and deferred setting a date for his sentencing. The Court scheduled a status conference for May 23, 2008, at 9:45 a.m. As part of his plea agreement, Mr. Caso has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Caso has been cooperating with government agents and prosecutors. The government anticipates that Mr. Caso's cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention at this time.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Rudy. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Caso's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 2nd day of May, 2008.

FOR THE UNITED STATES:

JEFFREY A. TAYLOR
United States Attorney


\_\_/s/ (Howard R. Sklamberg)\_\_\_\_
Howard R. Sklamberg
Deputy Chief,


FOR THE DEFENDANT:


\_\_\_/s/ (Kelly B. Kramer)\_\_\_\_\_
Kelly B. Kramer, Esq.
Nixon Peabody, LLP

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-332 (HHK) |
| | ) | |
| RUSSEL J. CASO, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

By joint Motion dated May 2, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for May 23 at 9:45 a.m. is cancelled;

2. A new status hearing is scheduled for _____, at _____.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Caso until such later date.

It is so ORDERED this \_\_\_\_\_ day of May, 2008.

_____
Judge Henry H. Kennedy
United States District Judge